FILED

**NOT FOR PUBLICATION**

DEC 02 2015

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RODOLFO J. ROLDAN RIERA, AKA Rodifo J. Roldanriera, | No. 14-56877 |
| Plaintiff - Appellant, | D.C. No. 5:14-cv-01404-GHK-AS |
| v. | MEMORANDUM[*] |
| DEPARTMENT OF HOMELAND SECURITY; et al., | |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Central District of California
George H. King, District Judge, Presiding

Submitted November 18, 2015[**]

Before:     TASHIMA, OWENS, and FRIEDLAND, Circuit Judges.

Rodolfo J. Roldan Riera, a.k.a. Rodifo J. Roldanriera, a detainee at the

Adelanto Detention Center, appeals pro se from the district court's judgment

dismissing for failure to provide a trust-account statement his action alleging

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

various constitutional violations. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion. *James v. Madison St. Jail*, 122 F.3d 27 (9th Cir. 1997). We vacate and remand.

The district court dismissed Riera's action because Riera failed to comply with the district court's orders instructing him to file a completed "Certificate of Authorized Officer" along with a certified copy of his trust account statement. *See* 28 U.S.C. § 1915(a) (requirements for person seeking to bring a civil action without prepayment of fees). However, in the verified declaration in his notice of appeal, Riera asserts that the Adelanto Detention Center did not provide him with the required documents, and that he timely informed the district court of this issue. Accordingly, we vacate and remand for further proceedings.

**VACATED and REMANDED.**